# DEREK SMITH LAW GROUP, PLLC
**Employment Lawyers Representing Employees Exclusively**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2021

February 9, 2021

**VIA ECF**

Honorable Mary Kay Vyskocil, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> GRANTED. The IPTC is ADJOURNED to March 18, 2021 at 11:00 AM. Joint letter and proposed CMP due March 11, 2021.
>
> Date: Feb. 11, 2021
> New York, New York
>
> /s/ Mary Kay Vyskocil
> Mary Kay Vyskocil
> United States District Judge

**RE:   Miller v. August Aichhorn Center For Adolescent Residential Care, Inc. et al.**
**Civ. No. 1:20-cv-10305-MKV**

Dear Judge Vyskocil:

This firm represents Plaintiff Gregory Miller in the above-referenced matter. This matter is currently scheduled for an Initial Conference on March 4, 2021 at 3:00 P.M. Pursuant to Paragraph 4 of the Court's February 9, 2021 Scheduling Order and Section 2(G) of Your Honor's Individual Practices, we write jointly with Defendants' counsel to respectfully request an adjournment of the Initial Conference.

The adjournment is requested due to scheduling conflicts. Prior to receipt of the Court's Order, counsel for both parties had scheduled separate, full-day mediations for March 4, 2021. The mediations were scheduled several months in advance and involve the schedules of other parties and neutrals.

Defense counsel and I are available for the Initial Conference on any date during the week of March 8, 2021, with the exception of March 9, 2021, or a date thereafter that is convenient for the Court. Should the Court grant the Parties' adjournment request, the Parties further request a commensurate extension of time to submit the joint letter and proposed case management plan required by the February 9, 2021 Order such that those submissions are due seven (7) calendar days prior to the newly selected Initial Conference date.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

_____/s/_____

Johnmack Cohen, Esq.

cc: Laura Juffa, Esq. *(via ECF)*

New York City Office: One Penn Plaza, Suite 4905, New York, NY 10119 | (212) 587-0760
Philadelphia Office: 1845 Walnut Street, Suite 1600, Philadelphia, PA 19103 | (215) 391-4790
New Jersey Office: 73 Forest Lake Drive, West Milford, NJ 07421 | (973) 388-8625
Website: www.discriminationandsexualharassmentlawyers.com

7084444