```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
                                                ELECTRONICALLY FILED
 GREGORY MILLER,                                DOC #:
                                                DATE FILED: 5/6/2021
                        Plaintiff,

        -against-                               1:20-cv-10305 (MKV)

 AUGUST AICHHORN CENTER FOR                     ORDER OF DISMISSAL
 ADOLESCENT RESIDENTIAL CARE, INC.
 et al.,

                        Defendants.
```

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a report from the mediator informing the Court that the parties have reached agreement on all issues in this case [ECF #16]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by June 7, 2021. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). All other dates and deadlines are adjourned *sine die*.

**SO ORDERED.**

Date: **May 6, 2021**                                 **MARY KAY VYSKOCIL**
     **New York, NY**                                     **United States District Judge**